IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAP DISTRIBUTORS, INC., a Pennsylvania corporation, individually and on behalf of all others similar situated, Plaintiff, | CIVIL ACTION |
| v. | NO. 19-2265 |
| QUADISCO, INC., doing business as "QUADIS VOICE & DATA SOLUTIONS," a Pennsylvania Corporation, Defendant. | |

## SCHEDULING ORDER

**AND NOW**, this 11th day of October, 2019, following an Initial Pretrial Conference on said date, the parties, through counsel, having reported that they are interested in discussing settlement after completion of some discovery, **IT IS ORDERED** that, on or before December 6, 2019, counsel shall jointly report to the Court (letter to Chambers, Room 12613) with respect to whether the case is settled. In the event the case is not settled on or before December 6, 2019, counsel shall include in their joint report a statement as to whether they believe a settlement conference before a magistrate judge might be of assistance in resolving the case and, if so, on by what date they will be prepared to begin such proceedings. If the parties agree on alternative dispute resolution and deem it appropriate to suspend further proceedings under the Scheduling Order until the question of settlement is fully explored, they should request a *vacatur* of the Scheduling Order in their joint report.

**IT IS FURTHER ORDERED** that the case shall proceed on the following schedule:

1. Initial Disclosure under Federal Rule of Civil Procedure 26(a)(1) is complete.

All remaining fact-discovery shall proceed forthwith and continue in such a manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by January 31, 2020;

2. Counsel reported that they did not plan to call at trial any expert witnesses on liability.

On or before February 28, 2020, plaintiff shall serve defendant with curriculum vitae and reports and/or responses to expert witness discovery for all expert witnesses on damages.

On or before March 20, 2020, defendant shall serve plaintiff with curriculum vitae and reports and/or responses to expert witness discovery for all expert witnesses on damages.

3. Any discovery depositions of expert witnesses may be taken between March 27, and April 10, 2020;

4. The parties are granted leave to join additional parties on or before December 6, 2019;

5. Any motions to amend pleadings shall be filed and served on or before December 6, 2019. Any such motion shall state whether it is opposed. Opposition to any such motion shall be filed and served within the time provided in the applicable Rules. Two (2) copies of each such document shall be served on the Court (Chambers, Room 12613) when the original is filed;

6. Plaintiff's motion for class certification shall be filed on or before May 1, 2019. Defendant shall file and serve its response to plaintiff's motion for class certification on or before May 15, 2019. A reply may be filed only with leave of Court. Two (2) copies of each such document shall be served on the Court (Chambers, Room 12613) when the original is filed.

**IT IS FURTHER ORDERED** that further proceedings will be scheduled after the Court rules on plaintiff's motion for class certification.

BY THE COURT:

*Jan E. DuBois*
DuBOIS, JAN E., J.