**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **LAP DISTRIBUTORS, INC.**, a Pennsylvania corporation, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **QUADISCO, INC. D/B/A QUADIS VOICE & DATA SOLUTIONS,** a Pennsylvania corporation, <br><br> *Defendant*. | Case No. 2:19-cv-02265-JD |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2020, upon consideration of Plaintiff's

Local Counsel's Motion to Withdraw Appearance and any response thereto, it is hereby

**ORDERED** that the Motion is **GRANTED** and attorney Deborah R. Gross and the firm of

Kaufman, Coren & Ress, P.C. are hereby withdrawn as local counsel for Plaintiff in the above-

captioned proceedings.

**BY THE COURT:**

_____
                                                                                                    J.