## **CERTIFICATE OF SERVICE**

      I, Deborah R. Gross, Esquire, certify that the foregoing pleading was filed electronically on June 4, 2020, and is available for viewing and downloading from the ECF system. Counsel are registered ECF users; therefore, service is complete upon Notice of Electronic Case Filing generated in connection with the electronic filing of this pleading.

 

BY:       /s/
      DEBORAH R. GROSS

Date: June 4, 2020