UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAP DISTRIBUTORS, INC.**, a Pennsylvania corporation, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**QUADISCO, INC. D/B/A QUADIS VOICE & DATA SOLUTIONS**, a Pennsylvania corporation,<br><br>    Defendant. | Civil Action No.2:19-cv-02265-JD |

## ENTRY OF APPEARANCE

Douglas Evan Ress, of Kaufman, Coren & Ress, P.C., hereby enters his appearance on behalf of Plaintiff LAP Distributors, Inc.

_____
Douglas Evan Ress, Esq. (PA ID # 31077)
Kaufman, Coren & Ress, P.C.
2001 Market Street, Suite 3900
Philadelphia, PA  19103
(215) 735-8700
dress@kcr-law.com

Local Counsel for Plaintiff
LAP Distributors, Inc.

## CERTIFICATE OF SERVICE

This document is being filed electronically using the ECF System and is available for viewing and downloading by all parties by their counsel.

_____
Douglas Evan Ress

DATE: _____July 8, 2020_____