## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Date of Notice: November 25, 2020**

| | |
|---|---|
| **LAP DISTRIBUTORS, INC.,** a Pennsylvania corporation, individually and on behalf of all others similar situated, Plaintiff, | CIVIL ACTION |
| v. | NO. 19-2265 |
| **QUADISCO, INC.,** doing business as "**QUADIS VOICE & DATA SOLUTIONS,**" a Pennsylvania Corporation, Defendant. | |

## **NOTICE**

Please be advised that a **TELEPHONE SCHEDULING CONFERENCE** is **SCHEDULED** for **Thursday, January 07, 2021, at 3:00 P.M.,** with the Honorable Jan E. DuBois. The telephone conference will not be on the record. Counsel shall contact the Courtroom Deputy regarding the coordination of the telephone conference.

Counsel shall meet and confer and shall submit a joint proposed schedule for all further proceedings to the Court at least two days prior to the conference. Do not docket the proposed schedule.

Sincerely,

s/ Ms. M. Hull
Courtroom Deputy Clerk to Judge Jan E. DuBois
267-299-7339

cc: Adam Troy Savett, Esquire
Douglas Evan Ress, Esquire
Brandon S. Harter, Esquire