IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAP DISTRIBUTORS, INC.,** a Pennsylvania corporation, individually and on behalf of all others similar situated, Plaintiff, | **CIVIL ACTION** |
| v. | NO. 19-2265 |
| **QUADISCO, INC.,** doing business as "QUADIS VOICE & DATA SOLUTIONS," a Pennsylvania Corporation, Defendant. | |

## O R D E R

**AND NOW**, this 1st day of February, 2021, it having been reported that the issues between the parties in the above action have been settled in principle and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

**IT IS FURTHER ORDERED** that the Court **RETAINS** jurisdiction over the case for the purpose of enforcing the settlement.

**IT IS FURTHER ORDERED** that Defendant Quadisco, Inc.'s Motion for Summary Judgment (Document No. 27, filed January 8, 2021), is **DENIED AS MOOT WITHOUT PREJUDICE** to defendant's right to request that the denial of the Motion be vacated in the event the settlement is not finalized.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois

**DuBOIS, JAN E., J.**